1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

**FILED**
**AUG - 9 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

4           United States Bankruptcy Court
            Central District of California
5

6                                    ) Chapter 13
                                     )
7  RAMON RICHARD MORAN               ) Case No.: 8:05-bk-11908-TA
                                     )
8  VIOLA VALENCIA MORAN              ) **NOTICE OF UNCLAIMED DIVIDEND**
                                     ) (Bankruptcy Rule 3011)
9                                    )
                                     )
10                                   )
                                     )
11 _____

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **300782** in the sum of **$3.30**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      CAPITAL ONE
        PO BOX 85167
18      RICHMOND, VA 23285

19 Date: August 7, 2010                    _____
20                                         Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0511908 | RAMON RICHARD & VIOLA VALENCIA MORAN ACCT: 48TDM62327552561 | Claim: 00005 | XXX-XX-4896 XXX-XX-1889 | 3.30 | 0.00 | 3.30 |
| | | | TOTALS | 3.30 | 0.00 | 3.30 |

RAMON RICHARD MORAN
VIOLA VALENCIA MORAN
BALANCE:                [0.00  33/00005]
SSN: XXX-XX-4896    SSN: XXX-XX-1889
ACCT: 48TDM62327552561        CASE: 0511908
PRINCIPAL:        3.30    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300782

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$3.30

**PAY**  Three And 30 / 100 Dollars

**TO THE ORDER OF**  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0300782⑈ ⑆061100790⑆000000575186 2⑈